UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MOHSEN REZAKHAN KHEJETI,

                    Plaintiff,

  v.

ERIC HOLDER, JR., JANET NAPOLITANO, and A. NEIL CLARK,

                    Defendants.

No. C10-5588 RJB/KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b)(2) of the Federal Rules of Civil Procedure.

(3)    The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom.

**DATED** this 10th day of December, 2010.

*[signature]*

ROBERT J. BRYAN
United States District Judge

ORDER - 1