# United States District Court

WESTERN DISTRICT OF WASHINGTON

MOHSEN REZAKAHN KHEJETI

v.

ERIC HOLDER, JR., JANET NAPOLITANO, and
A. NEIL CLARK

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5588RJB/KLS

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation;

Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b)(2) of the Federal Rules of Civil Procedure .

December 13, 2010                                  WILLIAM M. McCOOL
                                                            Clerk

                                                    *s/CM Gonzalez*
                                                    Deputy Clerk